## 952    CASES REPORTED WITH BRIEF SYLLABI.

opinion.  Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Alfred P. Delcambre, Sr., Appellant, v. Marie H. Delcambre and Others, Defendants, Impleaded with the City of Mount Vernon, Respondent.— Judgment affirmed, with costs.  No opinion.  Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Grand Lodge, Knights of Pythias, Eastern and Western Hemispheres of the State of New York, Incorporated, Respondent, v. John E. Myers, Incorrectly Described as "James E. Myers," Chancellor Commander of Excelsior Lodge No. 6 of the Knights of Pythias, Consisting of More than Seven Members, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Frank W. Hebbard, Respondent, v. New York and Queens County Railway Company, Appellant.— Judgment and order of the County Court of Queens county unanimously affirmed, with costs.  No opinion.  Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Anthony Huber, Appellant, v. Joseph Marinaccio and Others, Respondents.— Judgment of the County Court of Kings county affirmed, with costs.  No opinion.  Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Selma M. Laarson, as Administratrix, etc., of Alexander Laarson, Deceased, Respondent, v. Julia E. Cameron, Doing Business under the Trade Name of "A. S. Cameron Steam Pump Works," Appellant.— Judgment and order affirmed, with costs.  No opinion.  Jenks, P. J., Hirschberg, Woodward and Rich, JJ., concurred; Burr, J., dissented upon the ground (1) that a finding that other and different appliances than those furnished by defendant for shifting belts were in common and general use in connection with such machinery as was here employed, is against the weight of the evidence, and (2) upon the further ground that plaintiff's intestate assumed the risk of the employment.

The People of the State of New York ex rel. Frederick Massolles and Katherina Massolles, Appellants, v. Joseph P. Hennessy and Others, Composing the Board of Assessors of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements, on the opinion of Mr. Justice Kapper at Special Term.  (Reported in 74 Misc. Rep. 166.) Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Hyman Quartin, Appellant, v. Samuel Goldstein and Others, Respondents.— Judgment and order unanimously affirmed, with costs.  No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Frank L. Wing, Respondent, v. Samuel F. Edmead, Appellant.— Judgment and order of the County Court of Kings county affirmed, with costs. No opinion.  Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Thomas Beirne, Respondent, v. Joseph Ravitch and Others, Appellants. — Motions for reargument or for leave to appeal to the Court of Appeals denied, without costs.  Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.